379 A.2d 621

Equibank, N. A. v. Pfeil, Appellant.

Submitted November 16, 1976. Terry Thomas Ray, for appellant; Stanley James Kann, II, and Joel Persky, for appellee.

Judgment affirmed.